883-15 1 of 2

COA # 08-12-00090-CR

OFFENSE: 22.04

STYLE: Javier Urias v. The State of Texas

COUNTY: El Paso

COA DISPOSITION: Affirm

TRIAL COURT: 243rd District Court

DATE: 03/26/2014

Publish: No  TC CASE #: 20090D03338

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Javier Urias v. The State of Texas

CCA #: _____

_____ APPELLANT'S _____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

REFUSED

JUDGE: _____

DATE: 10/07/2015

SIGNED: _____  PC: _____

JUDGE: Per Curiam

PUBLISH: _____  DNP: _____

MOTION FOR

_____

REHEARING IN CCA IS: _____

JUDGE: _____

Vol. 1 of 2